(3) The motion for an extension of time is denied as moot.

---

NATIONAL ORGANIZATION OF VETERANS' ADVOCATES, INC., Petitioner,

v.

SECRETARY OF VETERANS AFFAIRS, Respondent.

No. 2011–7011.

United States Court of Appeals, Federal Circuit.

Feb. 7, 2011.

ON MOTION

ORDER

The Secretary of Veterans Affairs moves for a 7–day extension of time, until February 7, 2011, to file the certified list and the National Organization of Veterans' Advocates, Inc., moves to voluntarily withdraw its appeal,